09-4866-cv, 09-4268-cv
Nipponkoa Insurance Company Limited v. Norfolk Southern Railway Company
Sompo Japan Insurance Company of America v. Norfolk Southern Railway Company

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of September , two thousand ten.

PRESENT:  PIERRE N. LEVAL,
          GERARD E. LYNCH,
                    *Circuit Judges*,
          EDWARD R. KORMAN,
                    *District Judge.*[*]

-------------------------------------------------------------------

NIPPONKOA INSURANCE COMPANY, LTD.,
                    *Plaintiff-Appellee*,

          v.                                          No. 09-4866-cv

NORFOLK SOUTHERN RAILWAY COMPANY, THE KANSAS CITY SOUTHERN RAILWAY COMPANY,
                    *Defendants-Appellants.*
-------------------------------------------------------------------

SOMPO JAPAN INSURANCE COMPANY OF AMERICA, SOMPO JAPAN INSURANCE INC.,
                    *Plaintiffs-Appellees*,

          v.                                          No. 09-4268-cv

---

[*] Honorable Edward R. Korman of the United States District Court for the Eastern District of New York, sitting by designation.

NORFOLK SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN CORPORATION, THE KANSAS CITY SOUTHERN RAILWAY COMPANY, *Defendants-Appellants.*<sup>**</sup>

------------------------------------------------------------------------

FOR APPELLANTS:      JAMES R. LLOYD, III (Paul D. Keenan, *on the brief*), Keenan Cohen & Howard P.C., Jenkintown, Pennsylvania.

FOR APPELLEES:      DAVID T. MALOOF (Thomas M. Eagan, *on the brief*), Maloof, Browne & Eagan LLC, Rye, New York.

Appeal from the United States District Court for the Southern District of New York (Denny Chin, *Judge*).

The district court granted summary judgment to the plaintiffs in these two related cases based on what was then binding Second Circuit precedent. The parties agree that the Supreme Court, in Kawasaki Kisen Kaisha Ltd. v. Regal-Beloit Corp., 561 U.S. ___, 130 S. Ct. 2433 (2010), has abrogated the precedent upon which the district court relied. See also Royal & Sun Alliance Ins., PLC v. Ocean World Lines, Inc., 612 F.3d 138, 140 (2d Cir. 2010). The plaintiffs-appellees have raised further grounds they claim would support the judgment regardless of Regal-Beloit, but concede that they did not present these grounds below because of the state of the law at the time. The parties therefore have agreed that we should decline to reach these issues so that the district court may have the first opportunity to address them on remand.

The judgment is VACATED and REMANDED for further proceedings.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

---

<sup>**</sup> The Clerk of the Court is instructed to amend the official caption in these cases to conform to the listings of the parties above.